UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION and MBIA INSURANCE CORPORATION, | |
| | Adv. Proc. No. 19-422-LTS |
| Plaintiffs, | |
| -v- | |
| UBS FINANCIAL SERVICES INC.; UBS SECURITIES LLC; CITIGROUP GLOBAL MARKETS INC.; GOLDMAN SACHS & CO. LLC; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY & CO. LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; RBC CAPITAL MARKETS LLC; and SANTANDER SECURITIES LLC, | |
| Defendants. | |

------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

<u>Order Granting Plaintiffs' Motion for Remand and Memorandum in Support Thereof</u>

   For the reasons stated on the record at the omnibus hearing on July 29, 2020, *Plaintiffs' Motion for Remand and Memorandum in Support Thereof* (Docket Entry No. 31 in Adv. Proc. No. 19-422) is granted. The Clerk of Court is directed to effectuate the remand and to close the above-captioned adversary proceeding. This Order resolves Docket Entry No. 31 in Adv. Proc. No. 19-422.

   SO ORDERED.

Dated: July 29, 2020

                     /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
                     United States District Judge